**2012–1490. State ex rel. Weatherford v. Tibbals.**
This cause came for further consideration upon petitioner's request for oral argument. Upon consideration thereof, it is ordered by the court that the request is denied.

**2013–0296. State ex rel. Klayman v. Cuyahoga Cty. Court of Common Pleas.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of relator's motion to strike the motion to dismiss of Cuyahoga County Court of Common Pleas, Domestic Relations Court, it is ordered by the court that the motion is denied as moot.

**2013–0453. U.S. Bank v. Downey.**
Cuyahoga App. No. 98598, 2013-Ohio-494. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's emergency motion for stay of the lower court decision, it is ordered by the court that the motion is denied.